**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Deborah A. Kaiser                                                    **Case No.: 18-22888**
                                                                     **Chapter:** 7

**NOTICE OF HEARING ON REAFFIRMATION AGREEMENT**

      You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and Citizens One Auto Finance

**Location of Hearing**: United States Bankruptcy Court
                              400 Cooper Street, Courtroom 4C
                              Camden, NJ

**Date and Time:**    Tuesday,  Sep. 11, 2018 at 12:00 PM
                          or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2315 not later than 5 days before the hearing date.  If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on Aug. 14, 2018 the foregoing notice was served on the following:

Debtor(s)
Counsel for Debtor(s) via (CM/ECF)