UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
KAISER, DEBORAH A.

Case No.: 18-22888-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court  
District of New Jersey  
PO Box 2067  
Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on September 18, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 243 WEST LINDEN AVENUE, LINDENWOLD NJ 08021 (FMV $104,900.00) |
|---|---|

| Liens on property: | $112,088.00- DITECH  
$12,000.00 - COST OF SALE |
|---|---|

| Amount of equity claimed as exempt: | $1.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-22888-JNP
Deborah A. Kaiser                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Aug 13, 2018
                              Form ID: pdf905          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2018.
```
db             +Deborah A. Kaiser,    243 West Linden Avenue,     Lindenwold, NJ 08021-3238
517612801      +Alltran Financial, LP,    PO Box 4045,    Concord, CA 94524-4045
517612802      +Apothaker Scian P.C.,    PO Box 5496,    Mount Laurel, NJ 08054-5496
517612814     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court:   Citibank,    7920 NW 110th St,    Kansas City, MO 64153)
517612811      +Cawley & Bergmann, LLC,    117 Kinderkamack Road Suite 201,    River Edge, NJ 07661-1916
517612810      +Cawley & Bergmann, LLC,    117 Kindermack Road Suite 201,    River Edge, NJ 07661-1916
517612812      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517612816      +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
517612821      +GB Collections,    1253 Haddonfield Berlin Road,    Voorhees, NJ 08043-4847
517612822      +GS Services,    PO Box 930824,    Wixom, MI 48393-0824
517612824      +MRS,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
517612826      +Schachter Portnoy, LLC,    3490 US Route 1,    Princeton, NJ 08540-5920
517612827      +Second Round, LP,    Po Box 41955,    Austin, TX 78704-0033
517612830      +United Collections Bureau,    5620 Southwyck Blvd.,    Suite 206,    Northwood, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 13 2018 23:46:45     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 13 2018 23:46:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517612803      +E-mail/Text: legal@arsnational.com Aug 13 2018 23:46:13      ARS National Services, Inc.,
                 PO Box 469046,    Escondido, CA 92046-9046
517612805      +E-mail/Text: cms-bk@cms-collect.com Aug 13 2018 23:46:12      Capital Management Services,
                 698 1/2 Ogden Station,    Buffalo, NY 14206-2317
517612806      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2018 23:44:10     Capital One,
                 Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517612807      +E-mail/Text: bankruptcy@cavps.com Aug 13 2018 23:47:03     Cavalry Portfolio,
                 500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2322
517612817      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2018 23:46:19
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                 Columbus, OH 43218-2125
517612818      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2018 23:46:19     Comenitycapital/boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517612819      +E-mail/Text: mrdiscen@discover.com Aug 13 2018 23:45:46     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517612820      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 13 2018 23:46:12     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517612823      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 13 2018 23:45:51     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517612828      +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:58     Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
517612831      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 13 2018 23:45:42
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517612804*     +ARS National Services, Inc.,    PO Box 469046,    Escondido, CA 92046-9046
517612815*    ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court:   Citibank,    7920 NW 110th St,    Kansas City, MO 64153)
517612808*     +Cavalry Portfolio,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2322
517612809*     +Cavalry Portfolio,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2322
517612813*     +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517612825*     +MRS,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
517612829*     +Synchrony Bank,    PO Box 960061,    Orlando, FL 32896-0061
                                                                                    TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 13, 2018
                              Form ID: pdf905          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
              Andrew    Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Lee Martin Perlman    on behalf of Debtor Deborah A. Kaiser ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 4
```